## Frank Rago, Appellee, v. Thomas Naples, Appellant. Gen. No. 41,219.

opinion filed June 19, 1940. Kirkpatrick, Mathias & Meloy, for appellant; Harry Meloy, of counsel; Guy C. Guerine, for appellee. Opinion by JUSTICE HEBEL. ''Not to be published in full.''